Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>            Plaintiffs,<br><br>  v.<br><br>MOISES GARCIA, an individual<br><br>            Defendant. | Case No.:  C 12-03144 SBA<br><br>**REQUEST TO DISMISS CASE WITH PREJUDICE; ORDER THEREON** |

      Plaintiffs, pursuant to a settlement reached with the defendants, hereby request that this Court dismiss the action in its entirety with prejudice.

DATED:  August 13, 2012

                                BULLIVANT HOUSER BAILEY PC

                                By  /s/ Susan Olson
                                    Ronald L. Richman
                                    Susan J. Olson

                                Attorneys for Plaintiffs

– 1 –

**ORDER**

Pursuant to the Request for Dismissal presented by plaintiffs, and good cause appearing:

IT IS HEREBY ORDERED that this case be dismissed in its entirety with prejudice.

DATED: August ___, 2012

_____
Saundra Brown Armstrong
U.S. District Court Judge

13844745.1

— 2 —