```
1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>MOISES GARCIA, an individual<br><br>Defendant. | Case No.: C 12-03144 SBA<br><br>**REQUEST TO DISMISS CASE WITH PREJUDICE; ORDER THEREON** |

Plaintiffs, pursuant to a settlement reached with the defendants, hereby request that this Court dismiss the action in its entirety with prejudice.

DATED: August 13, 2012

BULLIVANT HOUSER BAILEY PC

By  */s/ Susan Olson*
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

– 1 –

## ORDER

Pursuant to the Request for Dismissal presented by plaintiffs, and good cause appearing:

IT IS HEREBY ORDERED that this case be dismissed in its entirety with prejudice.

DATED: August 17, 2012

*Saundra B Armstrong*
Saundra Brown Armstrong
U.S. District Court Judge

13844745.1