1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs

7
                UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9

10 BOARD OF TRUSTEES OF THE                    Case No.: C 12-03144 SBA
   LABORERS HEALTH AND WELFARE
11 TRUST FUND FOR NORTHERN                     **REQUEST TO DISMISS CASE WITH
   CALIFORNIA; BOARD OF TRUSTEES OF            PREJUDICE; ORDER THEREON**
12 THE LABORERS VACATION-HOLIDAY
   TRUST FUND FOR NORTHERN
13 CALIFORNIA; BOARD OF TRUSTEES OF
   THE LABORERS PENSION TRUST FUND
14 FOR NORTHERN CALIFORNIA; and
   BOARD OF TRUSTEES OF THE
15 LABORERS TRAINING AND RETRAINING
   TRUST FUND FOR NORTHERN
16 CALIFORNIA,

17                 Plaintiffs,

18        v.

19 MOISES GARCIA, an individual

20                 Defendant.

21

22        Plaintiffs, pursuant to a settlement reached with the defendants, hereby request that this

23 Court dismiss the action in its entirety with prejudice.

   DATED: August 13, 2012
24
                                               BULLIVANT HOUSER BAILEY PC
25
                                               By  *Susan Olson*
26                                                 _____
                                                   Ronald L. Richman
27                                                 Susan J. Olson

28                                             Attorneys for Plaintiffs

                                          – 1 –

<u>**ORDER**</u>

Pursuant to the Request for Dismissal presented by plaintiffs, and good cause appearing:

IT IS HEREBY ORDERED that this case be dismissed in its entirety with prejudice.

DATED: August 17, 2012

*Saundra B Armstrong*
Saundra Brown Armstrong
U.S. District Court Judge

13844745.1

— 2 —